## 5

Jess BURLEY v. STATE. (No. 11474.) Court of Criminal Appeals of Texas. Feb. 1, 1928. Appeal from District Court, Cherokee County; C. A. Hodges, Judge. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for the failure to stop and render aid after an automo-

bile collision, as provided in article 1150, P. C. 1925; punishment fixed at a fine of $50. The indictment appears regular, to which the appellant entered a plea of guilty. The record is before us without statement of facts or bills of exceptions. No fundamental error having been discovered or pointed out, the judgment is affirmed.